

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00079-CV

**JAMES E. BRACKENS, ET AL,**

**Appellant**

 **v.**

**TRITON ENERGY LIMITED,**
**TENISON OIL COMPANY,**
**HESS CORPORATION,**

**Appellees**

**From the 87th District Court**
**Freestone County, Texas**
**Trial Court No. 10-025B**

## MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss their appeal in this matter. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent the parties from seeking relief to which they would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed December 6, 2012
[CV06]